UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHONDA WALLACE, | : Case No. 3:24-cv-304 |
| Plaintiff, | : |
| vs. | : District Judge Michael J. Newman |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| ROCKING HORSE CHILDREN'S HEALTH CENTER, *et al.*, | : |
| Defendants. | : |

# ORDER

This case is before the Court following the September 26, 2025 informal discovery teleconference with the parties. During the teleconference, Plaintiff requested an extension of the discovery deadline.

As the parties' discovery dispute is ongoing and given the need for additional discovery once the dispute is resolved, the discovery deadline and dispositive motion deadline are hereby **VACATED** pending further order of the Court.

As discussed during the teleconference, Defendants must provide Plaintiff with an updated privilege log within fourteen (14) days. If the parties are able to resolve their dispute, the parties shall file a joint status report informing the Court of the resolution and proposing new discovery and dispositive motion deadlines. If Plaintiff seeks further production of documents, Plaintiff shall file her motion to compel within fourteen (14) days of receiving Defendants' privilege log.

**IT IS SO ORDERED.**

September 26, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge